EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2002

at____o'clock and____min.____M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ISSAM MOHAMMAD HAMSHO, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. CR02-00371 <br><br> INDICTMENT <br><br> 8 U.S.C. §§ 1326(a) <br> and 1326(b)(2) <br><br> DAE |

INDICTMENT

The Grand Jury charges:

On or about August 23, 2002, in the District of Hawaii, ISSAM MOHAMMAD HAMSHO, an alien who was excluded, deported, and removed from the United States on or about June 27, 1991, subsequent to being convicted of an aggravated felony, was thereafter found in the United States, having knowingly and unlawfully entered the United States without first having

obtained the consent of the Attorney General of the United States for re-application by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

DATED: _____Sep 5_____, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney




UNITED STATES OF AMERICA vs. ISSAM MOHAMMAD HAMSHO
"Indictment"